IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DALE J. TERVEN                                                                    PLAINTIFF

                    v.                        Civil No. 14-5003

SHERIFF TIM HELDER, Washington
County, Arkansas; JENNIFER LAUB, Aramark
Kitchen Manager; and ARAMARK
CORRECTIONAL SERVICES, LLC                                                        DEFENDANTS


## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff is proceeding *pro se* and *in forma pauperis.*  Plaintiff is currently incarcerated in the Pine Bluff Unit of the Arkansas Department of Correction.

At a hearing held on the pending summary judgment motion on April 13, 2015, the Plaintiff represented that on April 8, 2015, he put in the mail exhibits and responses to outstanding discovery requests.

The Court did not receive the exhibits and a show cause order was entered on April 22, 2015 (Doc. 69).  Plaintiff was given until May 11, 2015, to show cause why this action should not be dismissed based on his failure to comply with an order of the Court and his failure to prosecute this action.  Plaintiff did not respond to the show cause order.

Finally, on June 12, 2015, an order (Doc. 70)  was entered directing Plaintiff to advise the Court if he intended to pursue the case and whether he had any exhibits he wanted the Court to consider.  Plaintiff was given until June 29,  2015, to respond.  Plaintiff was advised that failure to respond to the order would result in the dismissal of the action.

-1-

Plaintiff did not respond to the order (Doc. 70).  He has not requested an extension of time to do so.  No mail has been returned as undeliverable.  The Court has verified via the Arkansas Department of Correction website that Plaintiff is still incarcerated in the Pine Bluff Unit.  The Plaintiff has not communicated with the Court in anyway.

I therefore recommend that this case be dismissed with prejudice based on the Plaintiff's failure to obey an order of the Court and his failure to prosecute this action.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 13th day of July 2015.


/s/ Erin L. Setser
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

-2-