IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DALE J. TERVEN                                                                                       PLAINTIFF

v.                                    Case No. 5:14-CV-05003

TIM HELDER, Washington County Sheriff;
ARAMARK CORRECTIONAL SERVICES, LLC;
and JENNIFER LAUB                                                                              DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 71) from United States Magistrate Judge Erin L. Setser. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and ADOPTED as this Court's findings in all respects.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to obey orders of the Court and failure to prosecute this action.

Judgment will be entered accordingly.

IT IS SO ORDERED this 16th day of September, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE